UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-CR-02091-LL |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JASON RAMIREZ (4), | |
| Defendant. | |

On July 12, 2024, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of JASON RAMIREZ ("Defendant") in the Black Samsung in black Speck case pursuant to 21 U.S.C. §§ 853(a)(l) and 853(a)(2).

For thirty (30) consecutive days ending on September 6, 2024, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of forfeiture.

Thirty (30) days have passed following the final date of notice of publication, and no third party has made a claim to or declared any interest in the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of JASON RAMIREZ and any and all third parties in the following Black Samsung in black Speck is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall dispose of the forfeited specific property according to law.

**IT IS SO ORDERED.**

Dated: 10/11/2024

Hon. Linda Lopez
United States District Judge